UNITED STATES BANKRUPTCY COURT
Southern District of New York

-----------------------------------------------------------x

In re:

01-40967 Gotschool, Inc/

Case No. 01-40967

ORDER DIRECTING PAYMENT

Fund 6047BK/6133BK
Unclaimed Dividends Transferred
To United States Treasury

-----------------------------------------------------------x

WHEREAS the above numbered account represents dividends unclaimed by the creditors to whom they have been allocated and whereas from time to time the appropriate creditor might appear for purposes of claiming the dividend, and whereas this court has been shown to its satisfaction that

(Name) AnneMarie Waugh

is entitled to an unclaimed dividend in the amount of $ 1,251.34 .

NOW it is

ORDERED, that the United States Treasury, by check, pay to

(Name) Annemarie Waugh

in the amount of $ 1,251.34 as such person's unclaimed dividend from FUND 6133BK/6047BK.

DATED: NEW YORK, NEW YORK

April 1, 2008

S/Stuart M. Bernstein

Bankruptcy Judge